UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE:  ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| | JUDGE KAREN K. CALDWELL |
| THIS DOCUMENT RELATES TO: | |
| **CAROLYN SWEENEY** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| VS. | |
| **BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP AND MCKESSON CORPORATION** | CASE NO. |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018.  (Dkt. 185.)  This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied herein *in extenso*.

Upon information and belief, Plaintiff further alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Carolyn Sweeney is a resident and citizen of Alpena, Arkansas, and claims damages as set forth below.

2. ~~Plaintiff's spouse, ____, is a resident and citizen of _____ and claims damages as set forth below.  [cross out if not applicable]~~

1

3. Plaintiff brings this action: on behalf of herself.

4. State in which Plaintiff alleges injury: Arkansas.

5. Defendants:

   ☒ Bristol-Myers Squibb Company

   ☒ AstraZeneca Pharmaceuticals, LP

   ☒ McKesson Corporation

6. Jurisdiction is proper based upon diversity of citizenship.

7. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the Western District of Arkansas.

## FACTUAL ALLEGATIONS

8. On or about March 4, 2016, Dr. Steven Thomas Leslie prescribed Onglyza to treat Plaintiff for Type 2 Diabetes.

9. During the time of usage of Onglyza, Plaintiff was a resident and citizen of Alpena, Arkansas.

10. Neither Plaintiff nor Dr. Steven Thomas Leslie knew or had reason to know that Onglyza could cause heart failure or congestive heart failure.

11. As a result of taking Onglyza, on or about November 15, 2017, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by the Cox Medical Center Branson.

12. As a result of taking Onglyza on or about November 17, 2017, Plaintiff sustained an acute myocardial infarction as diagnosed by the Cox Medical Center Branson.

## ALLEGATIONS AS TO INJURIES

13. Plaintiff claims damages as a result of:

- ☒ Injury to self
- ☐ Injury to the person represented
- ☐ Wrongful death
- ☐ Survivorship action
- ☒ Economic Loss
- ☐ Loss of consortium

14. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

15. The following claims and allegations are asserted by Plaintiff in the Master Complaint (Dkt. 185) and are herein adopted by reference:

- ☒ Count I – Strict Liability/Design Defect
- ☒ Count II – Negligence
- ☒ Count III – Strict Liability/Failure to Warn
- ☒ Count IV – Breach of Warranty of Merchantability
- ☒ Count V – Breach of Express Warranty
- ☒ Count VI – Breach of Implied Warranty
- ☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of Michigan
- ☐ Count VIII – Loss of Consortium
- ☐ Count IX – Survival Action
- ☐ Count X – Wrongful Death
- ☒ Count XI – Punitive Damages

   ☐  Count XII – Other _____

   ☐  Count XIII - Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claims(s):

_____

**PRAYER FOR RELIEF**

Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to *Federal Rule of Civil Procedure* 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: April 4, 2019      Respectfully submitted,

              /s/ Laurel Li Harris
              Timothy W. Porter, MSB No. 9687
              Laurel Li Harris, MSB No. 104078
              PORTER & MALOUF, P.A.
              Post Office Box 12768
              Jackson, MS  39236-2768
              Telephone: (601) 957-1173
              Facsimile: (601) 957-7366
              tim@portermalouf.com
              laurelli@portermalouf.com

OF COUNSEL:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
Laurel Li Harris, MSB No. 104078
Porter & Malouf, P.A.
Post Office Box 12768
Jackson, MS 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366
tim@portermalouf.com

patrick@portermalouf.com
johnny@portermalouf.com
laurelli@portermalouf.com